```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 18886
    D'ANNA LYNN WATKINS
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK

       Debtor
    SSN XXX-XX-8469


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/23/08 .

    2.  The case was dismissed without confirmation, 11/14/2008.

    3.  The Debtor paid a total of $     400.00 .

    4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                            PAID            PAID
---------------------------------------------------------------------------
BUCKEYE RETIREMENT CO      SECURED             450.00            .00           378.80
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED            .00              .00
ILLINOIS DEPT REVENUE      PRIORITY         NOT FILED            .00              .00
BUCKEYE RETIREMENT CO      SECURED                .00            .00              .00
        Summary of disbursements:
---------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER            TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED   450.00         .00          .00          .00           450.00
PRINCIPAL PAID       378.80         .00          .00          .00           378.80
INTEREST PAID           .00         .00          .00          .00              .00
TOTAL PAID           378.80         .00          .00          .00           378.80
The Debtor's attorney, GREGORY J MARTUCCI            , was allowed $   3500.00
and was paid $   1500.00   direct and $        .00  through the plan.

The Trustee received $      21.20 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 02/11/09                  /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                           PAGE   2
   CASE NO. 08 B 18886 D'ANNA LYNN WATKINS
```